# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA, THROUGH
DEPARTMENT OF CHILDREN AND
FAMILY SERVICES CHILD SUPPORT
ENFORCEMENT

VERSUS

CASANDRA NICOLE MORRIS AND
DANIEL PATRICK TRIMBLE

NO. 2021 CW 0310

**MAY 24, 2021**

---

In Re: State of Louisiana Department of Children and Family Services Child Support Enforcement (DCFS), applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 170815.

---

**BEFORE: THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The district court's ruling, which overruled the Exception of Prematurity filed by the State of Louisiana, Department of Children and Family Services ("DCFS"), is reversed. Where there was no objection to the hearing officer's recommendations and where the district court's March 11, 2020 judgment was not rendered or signed in open court, DCFS was entitled to notice of the March 11, 2020 judgment. See La. R.S. 46:236.5(C)(7); see also La. Code Civ. P. art. 1913(A) & La. Code Civ. P. art. 1914(B). Where DCFS represents it was not given notice of the March 11, 2020 judgment and no evidence was introduced to the contrary, the district court erred in denying DCFS's Exception of Prematurity. The Exception of Prematurity is granted, and the Rule for Contempt is dismissed, without prejudice.

Additionally, the district court's ruling, which denied DCFS's Motion for Protective Order, is reversed. Applications for assistance and information contained in case records of clients of the Department of Children and Family Services shall be confidential. La. R.S. 46:56(A). Case records are "assistance records" and would include DCFS's case records of child support enforcement. See La. R.S. 46:56(B)(2). La. R.S. 46:56(D) provides "… confidential information may be released to an outside source not directly connected with the administration of the programs of the department only upon written request of the outside source and only after written waiver by the applicant, client, or his legal representative." The provisions of La. R.S. 46:56 have not been met. Accordingly, the district court abused its discretion in denying the Motion for Protective Order, which is granted. DCFS is not required to produce documents from its electronic case file contained in the Louisiana Automated Support Enforcement System Case Number 2411938-01 to Daniel Trimble.

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT